# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

\*\*\* Corrected \*\*\*
July 03, 2024

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

No. 24-30420    Voice of the Experienced v. LeBlanc
                USDC No. 3:23-CV-1304

Dear Counsel:

The court has requested that the State file a letter brief indicating whether our court has jurisdiction over this appeal in light of *In re Lieb*, 915 F.2d 180, 183 (5th Cir.1990)

Plaintiff is also welcome to file a letter brief by July 5, 2024, at its discretion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
  Mr. Andrew Blanchfield
  Mr. Oren Nimni
  Ms. Lydia Wright