# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 04, 2024

Mr. Jorge Benjamin Aguinaga  
Louisiana Department of Justice  
1885 N. 3rd Street  
Baton Rouge, LA 70802

Mr. Oren Nimni  
Rights Behind Bars  
416 Florida Avenue, N.W.  
Suite 26152  
Washington, DC 20001

    No. 24-30420   Voice of the Experienced v. LeBlanc  
    USDC No. 3:23-CV-1304

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) and/or holidays that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Whitney M. Jett, Deputy Clerk  
504-310-7772

cc:  
    Mr. Andrew Blanchfield  
    Ms. Lydia Wright