# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 5, 2024
Lyle W. Cayce
Clerk

No. 24-30420

---

Voice of the Experienced, *a membership organization on behalf of itself and its members*; Myron Smith, *Individually and on behalf of all others similarly situated*; Damaris Jackson, *Individually and on behalf of all others similarly situated*; Nate Walker, *Individually and on behalf of all others similarly situated*; Darrius Williams, *Individually and on behalf of all others similarly situated*; Kevias Hicks; Joseph Guillory; Kendrick Stevenson; Alvin Williams,

*Plaintiffs—Appellees,*

versus

James M. LeBlanc, *Secretary, Department of Public Safety and Corrections*; Tim Hooper, *Warden, Louisiana State Penitentiary*; Misty Stagg, *in her official capacity as Director of Prison Enterprises, Incorporated*; Louisiana Department of Public Safety and Corrections; Prison Enterprises, Incorporated,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CV-1304

---

### UNPUBLISHED ORDER

Before Ho, Wilson, and Ramirez, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that a temporary administrative stay is GRANTED until July 19, 2024.

IT IS FURTHER ORDERED that Appellees file a response to the motion for stay pending appeal on or before July 10, 2024.