

July 10, 2024

**<u>VIA ECF</u>**
Lyle W. Cayce
Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

**Re:** ***Voice of the Experienced, et al.*, *v. LeBlanc*, *et al.*, No. 24-30420**

Dear Mr. Cayce:

Plaintiffs wish to notify the Court that Plaintiff Damaris Jackson was reassigned to Farm Line 24 on or around July 2, 2024. Mr. Jackson is still assigned to Line 24, demonstrating that anyone incarcerated at the Louisiana State Penitentiary (LSP) can be assigned to the Farm Line at any time. His declaration is attached hereto as **Exhibit 1**.

Attached as **Exhibit 2** is an LSP Job Roster which was produced to Plaintiffs on July 5, 2024. Mr. Jackson's name is listed at VOTE000061.

Respectfully submitted,

/S/ *LYDIA WRIGHT*
**THE PROMISE OF JUSTICE INITIATIVE**
Lydia Wright, La. Bar No. 37926
Samantha Bosalavage, La. Bar No. 39808
1024 Elysian Fields Avenue
New Orleans, La 70117
Tel: (504) 529-5955
*lwright@defendla.org*



*sbosalavage@defendla.org*

**RIGHTS BEHIND BARS**
Oren Nimni
Amaris Montes
416 Florida Avenue NW, Ste. 26152
Washington, D.C. 20001
Tel: (202) 455-4399
*oren@rightsbehindbars.org*
*amaris@rightsbehindbars.org*

*Attorneys for Plaintiffs and the Proposed Classes*

cc: All Counsel (via ECF)

# Exhibit 1

## DECLARATION OF DAMARIS JACKSON

I, **Damaris Jackson**, declare as follows:

1.      I am 43 years old, competent to testify in this matter, and do so based on personal knowledge.

2.      I am currently incarcerated at the Louisiana State Penitentiary (LSP). My DOC number is 454295.

3.      I am a plaintiff in the action *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD (M.D. La).

4.      I have worked on the Farm Line, off and on, for about 21 years.

5.      In mid-October 2023, I was moved from Camp D to Main Prison, where I enrolled in the New Man Program.

6.      Around early June 2024, I was removed from the New Man Program and put into administrative segregation. I remained there, without a job assignment, until approximately Tuesday, June 25, 2024, when I was moved to Camp D.

7.      I was reassigned to Farm Line 24 on or around July 2, 2024. That day, I refused to work the Farm Line and was punished with a disciplinary write-up.  A few days later, I was found guilty of a disciplinary violation by the LSP Disciplinary Board (DB). I was given a suspended sentence of four weeks loss of canteen and four weeks loss of phone.

8.      I also refused to work the Farm Line on Monday, July 8, 2024 and again on Tuesday, July 9, 2024.

9.      I am currently assigned to Farm Line 24.

10.     I did not work Farm Line 24 today, July 10, 2024, because I had a legal visit via Zoom during my shift.

1

I declare that the foregoing is true and correct and based on my personal knowledge. I give permission for my attorney to execute this declaration on my behalf.

*/s/ Lydia Wright*

Lydia Wright on behalf of Damaris Jackson

# Exhibit 2

# LOUISIANA STATE PENITENTIARY
## Job Roster

Line 24 'Total | 13

Combine Total | 29

**L 24**

07/01/2024 - 07/05/2024

| DOC Num | Name | Housing | Race | Custody | Date 7-1 Mon | 7-2 Tue | 7-3 Wed | 7-4 Thur | 7-5 Fri |
|---------|------|---------|------|---------|------|------|------|------|------|
| 539910 | MARSHALL, RANDY | D EAG 2 | B | Med | | | | | |
| 510936 | PRESTON, ANDRE | D EAG 2 | B | Med | | | | | |
| 704426 | BRANDON, DALDURAN | D EAG 2 | B | Med | | | | | |
| 714456 | WASHINGTON, JERMAINE | D EAG 2 | B | Med | | | | | |
| 93154 | CURRY, PERRY | D FAL 1 | B | Med | | | | | |
| 99339 | MCCOY, LOVAIR | D FAL 1 | B | Med | | | | | |
| 110943 | BROWN, BRYAN | D FAL 1 | W | Med | | | | | |
| 96267 | NICHOLSON, FLOYD | D FAL 1 | B | Med | | | | | |
| 120348 | BYRD, BRIAN | D FAL 1 | B | MED | | | | | |
| 305523 | KOON, JAMES | D FAL 1 | B | Med | | | | | |
| 445068 | JOSEPH, CLYDE | D FAL 1 | B | Med | 1 4 | 1 4 | | | |
| 205818 | SMITH, COREY | D FAL 1 | B | Med | | | | | |
| 454295 | JACKSON, DEMARIS | D FAL 1 | B | MED | | | | | |
| 509015 | NICK, MICHAEL | D FAL 1 | W | Med | 2 4 | | | | |
| 497572 | HARTLEY, ROBERT | D FAL 1 | W | Med | | | | | |
| 334258 | TAYLOR, DALLAS | D FAL 1 | B | MED | | | | | |
| 195072 | CHIASSON, CONRAD | D FAL 1 | W | Med | 3 4 | 20 | | | |
| 464115 | WYATT, JOSHUA | D FAL 1 | W | Med | | | | | |
| 78855 | GORDON, DANIEL | D FAL 1 | B | Med | | | | | |
| 478718 | LITTLE, DEMARIO | D FAL 1 | B | Med | | | | | |
| 311798 | HUTCHINSON, JAMES | D FAL 1 | B | Med | | 2 4 | | | |
| 257862 | DAVIS, ALVIN | D FAL 1 | B | MED | | | | | |
| 603094 | THORNTON, CHRISTOPHER | D FAL 1 | B | Med | 4 4 | 3 4 | | | |
| 767633 | TRAHAN, NATHANIEL | D FAL 1 | B | Med | | | | | |
| 636749 | VERDIN, DESMOND | D FAL 1 | B | Med | | | | | |
| 449637 | MAYS, CHARLES | D FAL 1 | B | Med | | | | | |
| 596607 | GOBERT, LARRY | D FAL 1 | B | Med | 5 4 | 4 4 | | | |
| 489564 | MCDAVIS, JEREMY | D FAL 1 | B | Med | | | | | |
| 367617 | COOK, DEMOND | D FAL 1 | B | Med | | | | | |
| 402397 | ROSS, CHARLES | D FAL 1 | B | Med | | | | | |
| 90193 | METOYER, TERRANCE | D FAL 2 | B | Med | | | | | |
| 115638 | YOUNG, ROBERT | D FAL 2 | B | Med | | | | | |
| 340879 | DUNBAR, LEROYAL | D FAL 2 | B | Med | | | | | |
| 396195 | GOLDSTON, FREDERICK | D FAL 2 | B | Med | | | | | |
| 130632 | OLIVIERI, WILLIAM | D FAL 2 | W | Med | | | | | |
| 98926 | STEWART, KEITH | D FAL 2 | B | Med | | | | | |
| 93305 | JOHNSON, LESLIE | D FAL 2 | B | Med | | | | | |
| 490526 | MUNSON, LLOYD | D FAL 2 | B | Med | | | | | |
| 581760 | ROBERTSON, JULES | D FAL 2 | B | Med | | | | | |
| 600564 | LAFLEUR, DANNIE | D FAL 2 | B | Med | | | | | |
| 333771 | WILLIAMS, CALVIN | D FAL 2 | B | Med | | | | | |
| 515261 | SOLOMON, DARRYL Trailer | D FAL 2 | W | Med | 4 | 4 | | | |
| 532105 | WILLIAMS, WARDELL | D FAL 2 | B | Med | | 5 4 | | | |
| 708925 | CARTER, CHARLES | D FAL 2 | B | Med | | 6 4 | | | |
| 595515 | RICHARD, QUINTYLAN | D FAL 2 | B | Med | | | | | |
| 712843 | WASHINGTON, TYRONE | D FAL 2 | B | Med | | | | | |
| 581530 | KIRSH, CORNELIUS | D FAL 2 | B | Med | | | | | |
| 84576 | BURGE, MICHAEL | D FAL 2 | W | Med | | | | | |

VOTE000061

| | ID | Name | Unit | Race | Level | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 496405 | JACKSON, DONEA | D FAL 2 | B | Med | [ ] | [ ] | [z] | [ | [ |
| ✓ | 739112 | RANDAZZO, VINCENZO | D FAL 2 | W | Med | 6[4] | 7[4] | [ | [ | [ |
| | 709855 | JACKSON, RAMONTE | D FAL 2 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 730043 | SOUTHALL, KEVON | D FAL 2 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 439017 | WILLIAMS, JARRET | D FAL 2 | B | Med | [ ] | 8[4] | [ | [ | [ |
| HP | 740278 | HATCH, CASEY | D FAL 2 | W | Med | [ ] | [ ] | [ | [ | [ |
| | 626275 | STEPHENS, JOSHUA *Trailer* | D FAL 2 | B | Med | [4] | [4] | [ | [ | [ |
| | 302277 | JOHNSON, TRELANE | D FAL 2 | B | Med | [ ] | [ ] | [ | [ | [ |
| HP | 740122 | LEDEZMA, ROGELIO | D FAL 2 | W | Med | [ ] | [ ] | [ | [ | [ |
| | 103355 | MONROE, BILLY | D FAL 3 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 291183 | JORDAN, LARRY | D FAL 3 | B | MED | [ ] | [ ] | [ | [ | [ |
| | 584813 | SMITH, RANDOLPH | D FAL 3 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 358728 | COLEMAN, RODERICK | D FAL 3 | B | MED | [ ] | [ ] | [ | [ | [ |
| ✓ | 581343 | FLAG, COREY | D FAL 3 | B | Med | 7[4] | 9[4] | [ | [ | [ |
| | 301742 | SAJNA, TYRONE | D FAL 3 | B | Med | 8[4] | [20] | [ | [ | [ |
| | 784655 | HOWARD, KEMON | D FAL 3 | B | Med | [ ] | [4] | [ | [ | [ |
| | 92834 | ROBINSON, WILLIE | D FAL 4 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 208255 | THOMAS, ANTHONY | D FAL 4 | B | MED | [ ] | [ ] | [ | [ | [ |
| | 237644 | JACKSON, KENNETH | D FAL 4 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 591199 | SPIEHLER, CHRISTOPHER | D FAL 4 | W | Med | 7[4] | 11[4] | [ | [ | [ |
| HP | 709442 | BYRD, GEORGE | D FAL 4 | B | Med | [ ] | [ ] | [ | [ | [ |
| | 746938 | CLARKS, DEONDRIC | D FAL 4 | B | MED | [ ] | [ ] | [ | [ | [ |
| ✓ | 710367 | HICKS, DEMARIOUS | D FAL 4 | B | Med | 6[4] | 12[4] | [ | [ | [ |
| ✓ | 779219 | TAYLOR, DEVION | D FAL 4 | B | Med | [ ] | 8[4] | [ | [ | [ |
| ✓ | 784045 | PEACE, QUINTON | D FAL 4 | B | Med | [ ] | 11[4] | [ | [ | [ |
| | 711669 | KESTLE, BRANDON *Trailer* | D FAL 4 | W | Med | [4] | [4] | [ | [ | [ |

Signature: *O. M. Scott, N. Sgt.*    13 | 17 | X | X | X

VOTE000062

## LOUISIANA STATE PENITENTIARY
### Job Roster

**L 25**
07/01/2024 - 07/05/2024

Line 25 Total 16

| DOC Num | Name | Housing | Race | Custody | Mon 7-1 | Tue 7-2 | Wed 7-3 | Thur 7-4 | Fri 7-5 |
|---|---|---|---|---|---|---|---|---|---|
| 102116 | JACKSON, KENNETH | D EAG 1 | B | MED | | | | | |
| 123820 | HILL, KENNETH | D FAL 1 | B | Med | | | | | |
| 397856 | FERNANDEZ, MICHAEL | D FAL 1 | B | Med | | 8[4] | | | |
| 108026 | EVANS, RICKY | D FAL 1 | B | Med | | | | | |
| 725697 | GARRISON, EMMETT | D FAL 2 | B | Med | 11[4] | 14[4] | | | |
| 112939 | CHARLES, MARLO | D FAL 2 | B | Med | | | | | |
| 779234 | MOREHEAD, CHADARIUS | D FAL 2 | B | Med | 12[4] | 17[4] | | | |
| 95816 | GREEN JR., THOMAS | D FAL 3 | B | Med | 3[4] | 16[4] | | | |
| 365790 | DEFFENBAUGH, JOHN | D FAL 3 | W | Med | | 6[0] | | | |
| 369835 | WILLIAMS, MERVYN | D FAL 3 | B | MED | | | | | |
| 110573 | ROGERS, JOHN | D FAL 3 | B | Med | | | | | |
| 122529 | THOMPSON, DAVID | D FAL 3 | W | Med | | | | | |
| 161377 | CAMPBELL, WINFRED | D FAL 3 | B | Med | | | | | |
| ✓579275 | JONES, ANTONIUS | D FAL 3 | B | Med | | 19[4] | | | |
| 437853 | DIGGINS, ROBERT | D FAL 3 | B | Med | | | | | |
| 216886 | BAILEY, GREGORY | D FAL 3 | B | MED | | | | | |
| 536966 | FABRE, AHMON | D FAL 3 | B | Med | 14[4] | 20[4] | | | |
| 271732 | SIMS, DAVID | D FAL 3 | B | MED | | | | | |
| 707704 | JOSPEH, TAVIS | D FAL 3 | B | Med | 15[4] | 20[4] | | | |
| 718008 | MCGEE, DUMAURIEA | D FAL 3 | B | Med | [4] | | | | |
| 552279 | CALLOWAY, JOSHUA | D FAL 3 | B | Med | 16[4] | 22[4] | | | |
| 608638 | SUSAN, JAMES | D FAL 3 | W | MED | 17[4] | 23[4] | | | |
| 492435 | MATTHEWS, TREVOR | D FAL 3 | B | Med | 18[4] | 24[4] | | | |
| 741171 | THOMPSON, DAMION | D FAL 3 | B | Med | 19[4] | 25[4] | | | |
| 728407 | SANDIFER, TYREEK | D FAL 3 | B | Med | | | | | |
| 446823 | FISHER, ASHLEY | D FAL 3 | B | Med | | | | | |
| 491227 | GOUDEAU, ARNOLD | D FAL 3 | B | Med | | | | | |
| ✓784461 | GREEN, DETRIAVION | D FAL 3 | B | Med | | 26[4] | | | |
| 786694 | MCWILLIAMS, DANIEL | D FAL 3 | W | Med | 20[4] | 21[4] | | | |
| 108470 | WALKER, JEFFERY | D FAL 4 | B | Med | | | | | |
| 109229 | EL MUMIT, ABDULLAH | D FAL 4 | B | MED | | | | | |
| 129706 | ONDEK, MICHAEL | D FAL 4 | W | MED | | | | | |
| 183273 | DENOMES, DARRYL | D FAL 4 | B | MED | | | | | |
| 96122 | SMITH, VINCENT | D FAL 4 | B | Med | | | | | |
| 335501 | LEWIS, ADRIAN | D FAL 4 | B | Med | | | | | |
| 117448 | MATHEWS, GARY | D FAL 4 | B | Med | | | | | |
| 351810 | THORNTON, MELVIN | D FAL 4 | B | Med | | | | | |
| 296539 | HUNTER, TYRONE | D FAL 4 | B | Med | | | | | |
| 297556 | WILLIAMS, ROBERT | D FAL 4 | B | Med | | | | | |
| 342286 | SCHMOLKE, THOMAS | D FAL 4 | W | Med | 21[4] | 28[4] | | | |
| 328653 | GODBOLT, RODERICK | D FAL 4 | B | Med | | | | | |
| 304599 | HOWARD, BRODERICK | D FAL 4 | B | Med | | | | | |
| 297059 | PRICE, WILLIE | D FAL 4 | B | MED | 22[4] | 29[4] | | | |
| 407759 | NORMAN, THEOSHAMOND | D FAL 4 | B | Med | | | | | |
| 569552 | TRAHAN, PAXTON *Trailel* | D FAL 4 | W | Med | [4] | [4] | | | |
| 116464 | BATISTE, TROY | D FAL 4 | B | Med | 23[4] | 30[4] | | | |
| 495987 | CALLAWAY, TERRANCE | D FAL 4 | B | MED | | 31[4] | | | |
| 700968 | DUGAS, DESMOND | D FAL 4 | B | Med | | | | | |

| 742148 | COMEAUX, DIEGO | D FAL 4 | B | Med | 24[4] | [4] | | | |
| 112981 | WASHINGTON, GEORGE | D FAL 4 | B | Med | [ ] | [ ] | | | |
| 630198 | LOTTS, RODERICK | D FAL 4 | B | Med | [ ] | [ ] | | | |
| 472433 | SALVANT IV, EDDIE | D FAL 4 | B | Med | 26[4] | 33[4] | | | |
| | | | | | | | | | |
| | | | | | 28 | 37 | X | X | X |

Signature: _Odd Scott, MSgt._

VOTE000064